UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BONITA K. WRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.   13-5576 RJB-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 18).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand, a de novo hearing should be held. The Administrative Law Judge (ALJ) will reassess the severity of the claimant's impairments, including her alcohol abuse, consider whether the claimant's substance abuse is material; seek testimony from a consultative examiner or a medical expert if necessary; give further consideration to the medical opinions of record, and articulate what weight is given to each; reevaluate the claimant's residual functional capacity assessment; reassess the claimant's

REPORT AND RECOMMENDATION - 1

credibility as set forth in SSR 96-7p; and if necessary, reassess steps four and five with the assistance of a vocational expert.

That this case be reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.**  A proposed order accompanies this Report and Recommendation.

DATED this 6th day of May, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2