UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BONITA K. WRIGHT,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No.  13-5576 RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF 19] recommending that this case be remanded, based on the stipulation of the parties [ECF 18].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation [ECF 19];

(2)   The Court REVERSES and REMANDS for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 7th day of May, 2014.

                                          /s/ Robert J. Bryan
                                          ROBERT J. BRYAN
                                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1